**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SIDNEY MARTS,
JOHNNIE PUTTS,
   Plaintiffs,**

vs.               **Case No. 3:08cv504/WS/MD**

**WALTER A. MCNEIL, et al.,
   Defendants.**

___

**O R D E R**

   Pursuant to this court's November 7, 2008 order (doc. 4), plaintiffs have filed a notice of intent to proceed jointly in this case (doc. 8).  Accordingly, as outlined in the court's previous order, each plaintiff must submit a separate application to proceed *in forma pauperis*.  A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit, and a prisoner consent form and financial certificate with supporting documentation.  The supporting documentation must include a certified copy of the inmate's trust fund account statement for the six month period immediately preceding the filing of the complaint.  Here, the relevant time period is from May 2, 2008 through November 2, 2008.  If a plaintiff was incarcerated at more than one institution/jail during the six month period, he is required to obtain an account statement from the appropriate official of <u>each</u> facility at which he is or has been confined.  If a plaintiff was not incarcerated in <u>any</u> institution/jail, then he should inform the court (by affidavit) of his whereabouts during the relevant time period.

   Accordingly, it is ORDERED:

   1.  The Clerk shall send each plaintiff a form application for leave to proceed *in forma pauperis*.  This case number shall be written on the forms.

*Page 2 of 2*

      2.      On or before **December 8, 2008**, plaintiffs shall pay the $350.00 filing fee in full.  In the alternative, each plaintiff shall file a separate and complete application for leave to proceed *in forma pauperis*.

      3.      Plaintiffs' failure to respond to this order as instructed will result in a recommendation of dismissal of this action.

      DONE AND ORDERED this 19th day of November, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08cv504/WS/MD*