IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS and
JOHNNIE PUTTS,

Plaintiffs,

v. 3:08cv504-WS

WALTER A. MCNEIL, et al.,

Defendants.

---

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed December 5, 2008. The magistrate judge recommends that the plaintiff, Sidney Marts, be dismissed—without prejudice—from this action pursuant to Marts's motion for voluntary dismissal. No objections to the magistrate judge's report and recommendation have been filed.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference into this order.

2. Marts's motion (doc. 10) for voluntary dismissal is GRANTED.

3. Marts is DISMISSED, without prejudice, as a plaintiff in this action.

DONE AND ORDERED this 5th day of January, 2009.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE