IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SIDNEY MARTS,**
**JOHNNIE PUTTS,**
       **Plaintiffs,**

vs.                                        **Case No. 3:08cv504/WS/MD**

**WALTER A. MCNEIL, et al.,**
       **Defendants.**

## REPORT AND RECOMMENDATION

This civil rights action is before the court upon referral from the Clerk. On January 9, 2009 plaintiff Johnnie Putts filed a motion to voluntarily dismiss his claims (doc. 14). Pursuant to FED.R.CIV.P. 41(a)(1), the motion should be granted.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff Johnnie Putts' motion (doc. 14) be GRANTED, that his claims against defendants be dismissed without prejudice, and that the Clerk be directed to close the file.[1]

At Pensacola, Florida, this 13th day of January, 2009.

/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff Sidney Marts previously dismissed all of his claims. (*See* Docs. 10, 11, 13).

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**